## Brandenburg v. Commonwealth.

(Decided October 9, 1925.)

### Appeal from Lee Circuit Court.

Criminal Law—Witnesses—Exclusion of Witnesses' Testimony Because of Unfriendliness Held Prejudicial Error.—In liquor prosecution, exclusion of testimony of witnesses for defendant that prosecuting witnesses' reputation for morality and veracity was bad, because such witnesses were unfriendly towards him, held error, such unfriendliness affecting only weight, and not competency, of their evidence, and was prejudicial, where whole case turned on weight to be attached to prosecuting witness' evidence.

S. P. STAMPER for appellant.

FRANK E. DAUGHERTY, Attorney General, and GARDNER K. BYERS, Assistant Attorney General, for appellee.

Opinion of the Court by Chief Justice Clarke—
Reversing.

Appellant was convicted of unlawfully giving spirit-
uous liquor to Simmie Brandenburg, upon the latter's
testimony, which was slightly corroborated by that of his
wife, but more or less discredited by his failure to report
same when, at the succeeding term of court, he was be-
fore the grand jury, or until after he and defendant had
some trouble over a fence.

The defendant, in addition to denying the truth of
his evidence, introduced several witnesses who stated
that Simmie's reputation for morality and veracity was
bad. The court, over the objection and exception of the
defendant, excluded the evidence of three of these wit-
nesses from the consideration of the jury, because two
of them admitted that they were not on friendly terms
with, and the other that he had been a witness against,
Simmie.

This was clearly error, since the unfriendliness of a
witness affects only the weight and not the competency
of his evidence. We are, moreover, of the opinion this
error was prejudicial, since the whole case turned upon
the weight to be attached to Simmie's evidence.

Wherefore, the judgment is reversed, and the cause
remanded for a new trial not inconsistent herewith.